A. B. FARQUHAR COMPANY, LIMITED, Respondent, *v.* MONROE TRUESDELL, Appellant.

*A. B. Farquhar Co., Limited,* v. *Truesdell*, 66 App. Div. 616, affirmed.
(Argued June 23, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

November 19, 1901, affirming a final judgment in favor of plaintiff, entered upon failure to comply with the terms of an interlocutory judgment entered upon a decision of the court at a Trial Term, without a jury, overruling a demurrer to the complaint.

*Nelson Smith* and *Jesse W. Olney* for appellant.

*F. H. Osborn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN and WERNER, JJ.  Not voting: CULLEN, J.  Absent: MARTIN, J.